UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:14-cr-80-T-33EAJ

WILLIAM BOYD BURNS

**FORFEITURE MONEY JUDGMENT**

The United States moves, pursuant to 18 U.S.C. § 982(a)(2)(A) and Federal Rule of Criminal Procedure 32.2(b)(2), for a forfeiture money judgment in the amount of $385,458.43 against Defendant William Boyd Burns, representing the amount of proceeds he obtained as a result of the bank fraud conspiracy charged in Count One of the Indictment, in violation of 18 U.S.C. § 1349.

Burns pleaded guilty to Count One, and the Court finds that as a result of the bank fraud conspiracy, Burns obtained proceeds in the amount of $385,458.43. Thus, the United States is entitled to a forfeiture money judgment in this amount pursuant to 18 U.S.C. § 982(a)(2)(A) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

The Court further finds that the United States is entitled, under 21 U.S.C. § 853(p), incorporated by 18 U.S.C. § 982(b)(1), to forfeit any property belonging to Burns as a substitute asset in satisfaction of his money judgment.

Accordingly, it is hereby

**ORDERED** that the United States' motion is GRANTED.

It is further **ORDERED** that, pursuant to 18 U.S.C. § 982(a)(2), and Federal Rule of Criminal Procedure 32.2(b)(2), Defendant William Boyd Burns is jointly and severally liable to the United States of America, along with co-Defendant Jovanna Deshawn Forte, for a forfeiture money judgment in the amount of $385,458.43, representing the amount of proceeds he obtained as a result of the bank fraud conspiracy.

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4) and Burns' Plea Agreement (Doc. # 31 at 9), the order of forfeiture will be final as to Burns upon entry.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to Burns that the United States may seek as substitute assets up to and including the value of the money judgment, and to address any third party claim that may be asserted in these proceedings.

**DONE** and **ORDERED** in Chambers in Tampa, Florida this <u>11th</u> day of August, 2014.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel and Parties of Record